LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-04960-BRO (ASx) | Date | February 11, 2016 |
|---|---|---|---|
| Title | CHRIS LANGER V. CHEQUERED FLAG INTERNATIONAL, INC., ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                                Not Present

**Proceedings:**       (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE

Pending before the Court is Chris Langer's ("Plaintiff") Motion for leave to file a Second Amended Complaint against Chequered Flag International, Inc. ("Defendant"). (Dkt. No. 28.)  The hearing of this motion is set for February 29, 2016.  (*See id.*)  Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date.  *See* C.D. Cal. L.R. 7-9.  Thus, Defendant's opposition, if any, was due no later than February 8, 2016.  To date, Defendant has filed no opposition to Plaintiff's Motion.  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion."  *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiff's Motion.  **Both (1) Defendant's response to this Order and (2) Defendant's opposition to Plaintiff's Motion, if any, shall be filed by no later than Wednesday, February 17, 2016, at 4:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Defendant's failure to timely oppose.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |