# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Chequered Flag International, Inc.,** a California Corporation, <br><br> Defendant. | Case: 2:15-cv-04960-BRO-AS <br><br> **JUDGMENT** <br> (on Plaintiff's Motion for Attorney's Fees as Costs) |

Following the Court's ruling on August 3, 2016, the Court grants JUDGMENT in favor of plaintiff Chris Langer and against defendant Chequered Flat International Inc., a California Corporation, in the amount of $20,177.50 in fees and costs.

Date: August 18, 2016    By: _____
UNITED STATES DISTRICT JUDGE
BEVERLY REID O'CONNELL